**Armando SAMANO–ONTIVEROS,
Petitioner,**

v.

**Michael B. MUKASEY, Attorney
General, Respondent.**

No. 04–75244.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 26, 2008.*

Filed March 12, 2008.

Before: BEEZER, FERNANDEZ and
McKEOWN, Circuit Judges.

MEMORANDUM **

Armando Samano–Ontiveros, a native of
Mexico and lawful permanent resident of
the United States, petitions for review of
the Board of Immigration Appeals' order
affirming without opinion an immigration
judge's decision denying his application for
cancellation of removal. We have jurisdic-
tion pursuant to 8 U.S.C. § 1252, *Fernan-
dez–Ruiz v. Gonzales*, 468 F.3d 1159, 1163
(9th Cir.2006) and we deny the petition for
review.

Samano–Ontiveros contends that his
conviction under California Health & Safe-
ty Code § 11351 was obtained in violation
of his constitutional rights and therefore
does not render him removable. We re-

* The panel unanimously finds this case suitable
  for decision without oral argument. *See* Fed.
  R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.

ject this contention, as we cannot collater-
ally revisit the circumstances of a convic-
tion. *See Ortega de Robles v. INS*, 58
F.3d 1355, 1358 (9th Cir.1995) ("Criminal
convictions cannot be collaterally attacked
in deportation proceedings.").

Samano–Ontiveros' due process conten-
tion is unpersuasive. *See* 8 C.F.R.
§ 1240.10(e) ("At any time during the pro-
ceeding, additional or substituted charges
... may be lodged by the Service in writ-
ing.").

**PETITION FOR REVIEW DENIED.**

* The panel unanimously finds this case suitable
  for decision without oral argument. *See* Fed.
  R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
   cation and is not precedent except as provid-
   ed by 9th Cir. R. 36–3.